UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 34068
    SANDRA D TAYLOR
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-1353


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 09/14/2004 and was confirmed 11/18/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 02/14/2008.
----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| NUVELL CREDIT CO LLC | SECURED | 16000.00 | 2094.65 | 12523.44 |
| *SCHOTTLER & ZUKOSKY | PRIORITY | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| *AMERICAN GENERAL FINANC | UNSECURED | 3746.65 | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 166.69 | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 286.33 | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CFC FINANCIAL CORPORATIO | UNSECURED | 272.90 | .00 | .00 |
| CHICAGO TRIBUNE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 265.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 943.60 | .00 | .00 |
| EMERGENCY ROOM CARE | UNSECURED | NOT FILED | .00 | .00 |
| EMPIRE CARPETS | NOTICE ONLY | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 349.70 | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 4285.18 | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 722.71 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1312.52 | .00 | .00 |
| HOLY CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1521.19 | .00 | .00 |
| MARQUETTE PARK RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| COOK COUNTY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | NOTICE ONLY | NOT FILED | .00 | .00 |
| SCHOLASTIC INC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 2786.11 | .00 | .00 |
| SHELL CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 157.21 | .00 | .00 |
| UNIVERSITY PATHOLOGISTS | UNSECURED | 125.00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 316.84 | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 2166.49 | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 34068 SANDRA D TAYLOR

```
NUVELL CREDIT CO LLC       NOTICE ONLY   NOT FILED                .00            .00
RESURGENT ACQUISITION LL UNSECURED         372.41                 .00            .00
NUVELL CREDIT CO LLC       UNSECURED         89.48                 .00            .00
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY    2,000.00                           2,000.00
TOM VAUGHN                 TRUSTEE                                             948.81
DEBTOR REFUND              REFUND                                              491.00
```

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 18,057.90

PRIORITY                                          .00
SECURED                                     12,523.44
     INTEREST                                2,094.65
UNSECURED                                         .00
ADMINISTRATIVE                               2,000.00
TRUSTEE COMPENSATION                           948.81
DEBTOR REFUND                                  491.00
                        ---------------     ---------------
TOTALS                  18,057.90           18,057.90

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 05/23/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                    PAGE   2
        CASE NO. 04 B 34068 SANDRA D TAYLOR